Robert L. Sallander, Jr. (SBN 118352)
Dean C. Burnick (SBN 146914)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

JS-6

Attorneys for Plaintiff
Massachusetts Mutual Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>LETANTIA B. BUSSELL, an individual, and THE UNITED STATES OF AMERICA, and DOES 1 through 20,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No.: CV 08-1041-R<br><br>**JUDGMENT** |

This action came on for hearing before the Court on October 6, 2008 on Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, the Honorable Manuel L. Real, District Court Judge presiding. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED as follows: (1) Defendant Letantia B. Bussell take nothing from her Counterclaim cause of action against Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY for breach of her policies of

1  disability income insurance and business overhead expense insurance arising from her total
2  disability claims; (2) Defendant Letantia B. Bussell take nothing from her Counterclaim cause of
3  action against Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY for
4  breach of the implied covenant of good faith and fair dealing in those insurance contracts; and
5  that (3) Judgment in favor of Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE
6  COMPANY be entered on its Complaint cause of action for declaratory relief because Defendant
7  Bussell has breached the Required Proof provisions of her disability income and business
8  overhead expense policies and failed to satisfy the preconditions required for insurance coverage
9  and, in so doing, has actually and substantially prejudiced Plaintiff from developing the
10 information it reasonably requires to investigate and assess coverage for her claims.  No right to
11 policy benefits thus exists or can arise from Defendant Bussell's claims under her disability
12 income policy or business overhead expense policy.
13        Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY's cause of
14 action in its Complaint for interpleader is dismissed as moot.  Plaintiff MASSACHUSETTS
15 MUTUAL LIFE INSURANCE COMPANY may recover its costs.

18 DATED: __November 03, 2008__                    _____
                                                   HONORABLE MANUEL L. REAL
19                                                 United States District Court Judge

22 Presented by:
23 Dean C. Burnick (SBN 146914)
   GREENAN, PEFFER, SALLANDER & LALLY LLP
24 Post Office Box 10
   6111 Bollinger Canyon Road, Suite 500
25 San Ramon, California 94583
   Telephone: (925) 866-1000
26 Facsimile:  (925) 830-8787

27 Attorneys for Plaintiff
   Massachusetts Mutual Life Insurance Company
28

Greenan, Peffer, Sallander & Lally LLP