Robert L. Sallander, Jr. (SBN 118352)
Dean C. Burnick (SBN 146914)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Plaintiff
Massachusetts Mutual Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>LETANTIA B. BUSSELL, an individual, and THE UNITED STATES OF AMERICA, and DOES 1 through 20,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No.: CV 08-1041-R<br><br>**ORDER ON**<br><br>**1. PLAINTIFF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER;**<br><br>**2. PLAINTIFF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT;**<br><br>**3. DEFENDANT LETANTIA BUSSELL'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES;**<br><br>**4. DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**5. DEFENDANT LETANTIA BUSSELL'S MOTION FOR TERMINATING SANCTIONS.**<br><br>The Honorable Manuel Real<br>Date: October 6, 2008<br>Time: 10:00 a.m.<br>Address: 312 N. Spring Street<br>Courtroom No. 8<br>Los Angeles, California |

| | |
|---|---|
| 1 | Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY's ("MassMutual") Motion for Protective Order Prohibiting the Depositions of Stuart Reese and Michael Rollings; MassMutual's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment; Defendant LETANTIA BUSSELL's ("Bussell") Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues; Defendant UNITED STATES OF AMERICA's ("United States") Motion for Summary Judgment; and Bussell's Motion for Terminating Sanctions, came on for hearing before the Court at 10:00 a.m., October 6, 2008, in Courtroom 8 of the above-captioned Court, The Honorable Manuel L. Real presiding. |

Dean C. Burnick appeared on behalf of Plaintiff MassMutual. Defendant Letantia B. Bussell, *pro se*, appeared on her own behalf. Gavin L. Greene, Assistant United States Attorney, appeared on behalf of Defendant United States.

After fully considering the moving, opposition and all reply papers on file, the arguments of counsel and Bussell, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff MassMutual's Motion for Protective Order Prohibiting the Depositions of Stuart Reese and Michael Rollings is GRANTED;

2. Plaintiff MassMutual's Motion for Summary Judgment is GRANTED;

3. Defendant Bussell's Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues is DENIED;

4. Defendant United States' Motion for Summary Judgment is DENIED; and

5. Bussell's Motion for Terminating Sanctions for failure to produce Paul Jablon for deposition prior to discovery cut-off is DENIED.

DATED: November 03, 2008_ _____
HONORABLE MANUEL L. REAL
United States District Court Judge

Presented by:
Dean C. Burnick (SBN 146914)
GREENAN, PEFFER, SALLANDER & LALLY LLP
Post Office Box 10
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Plaintiff
Massachusetts Mutual Life Insurance Company